FORM 8A. Entry of Appearance

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-2024

**Short Case Caption:** Golden v. Google LLC

| **Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's *Manage My Account*. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel. |
|---|

| **Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted. ||
|---|---|
| Google LLC ||
| **Principal Counsel:** Matthew S. Warren | **Admission Date:** 08/15/2014 |
| Firm/Agency/Org.: Warren Kash Warren LLP ||
| Address: 2262 Market Street, No. 606, San Francisco, California, 94114 ||
| Phone: +1 (415) 895-2940 | Email: 22-5246@cases.warrenlex.com |
| **Other Counsel:** | **Admission Date:** |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/15/24      Signature: /s/ Matthew S. Warren

Name: Matthew S. Warren

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 24-2024

**Short Case Caption** Golden v. Google LLC

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 07/15/2024

by  ☑ U.S. Mail  ☐ Hand Delivery  ☐ Email  ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Larry Golden | 740 Woodruff Road, No. 1102<br>Greenville, South Carolina, 29607 |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 07/15/2024　　　　　　　　Signature: *Madeline A. Woodall*

　　　　　　　　　　　　　　　　　Name: Madeline A. Woodall