FORM 26. Docketing Statement                                      Form 26 (p. 1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-2024

**Short Case Caption:** Golden v. Google LLC

**Filing Party/Entity:** Google LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| N.D. California | 3:22-cv-05246-RFL | Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the District Court's order of dismissal.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Dismissal of all claims asserted by Appellant.

**Briefly describe the judgment/order appealed from:**

The District Court dismissed Appellant's First Amended Complaint for failure to state a claim upon which relief could be granted, and denied Appellant's motion for reconsideration of the dismissal order.

**Nature of judgment (select one):**       **Date of judgment:** 5/28/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

> Whether the District Court correctly determined that Appellant's First Amended Complaint failed to state a claim upon which relief could be granted.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☐ Yes  ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

Explain.

> In view of the nature of the dispute, Appellee believes the matter is not amenable to mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 7/15/24	Signature: /s/ Matthew S. Warren
Name: Matthew S. Warren

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 24-2024

**Short Case Caption** Golden v. Google LLC

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 07/15/2024

by ☑ U.S. Mail ☐ Hand Delivery ☐ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Larry Golden | 740 Woodruff Road, No. 1102<br>Greenville, South Carolina, 29607 |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional pages attached.

Date: 07/15/2024　　　　　　　　　Signature: *Madeline A. Woodall*

　　　　　　　　　　　　　　　　　Name: Madeline A. Woodall