# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE


RECEIVED 2024 JUL 11 AM 8:32 US COURT OF APPEALS FEDERAL CIRCUIT

**Case Number:** 24-2024

**Short Case Caption:** Golden v. Google LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Golden

| | |
|---|---|
| **Principal Counsel:** Larry Golden | Admission Date: |
| Firm/Agency/Org.: ProSe | |
| Address: 740 Woodruff Rd., #1102, Greenville, SC 29607 | |
| Phone: 8642885605 / 8649927104 | Email: Lgolden5605@charter.net |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/8/20

Signature: *Larry Golden*

Name: Larry Golden

## USPS Priority Mail Express Label

**Retail** — U.S. POSTAGE PAID
PME
GREENVILLE, SC 29[6]
JUL 08, 2024
20439
**$47.65**
RDC 07
S2324M501736-56

---

**PRIORITY MAIL EXPRESS®**

Tracking #: EI 975 706 953 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE: 864-288-5605
LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
[X] SIGNATURE REQUIRED
- [ ] No Saturday Delivery
- [ ] Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT) PHONE: 202-275-8000
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
CASE NO: 24-2024
717 MADISON PLACE, NW
WASHINGTON, DC
ZIP: 20439-____

**ORIGIN (POSTAL SERVICE USE ONLY)**

| Field | Value |
|---|---|
| PO ZIP Code | 29607 |
| Scheduled Delivery Date | 7-9-24 |
| Postage | $47.65 |
| Date Accepted | 7-8-24 |
| Scheduled Delivery Time | 6:00 PM |
| Time Accepted | 10:14 AM |
| Weight | 2 lbs 4 ozs |
| Acceptance Employee Initials | AC |
| Total Postage & Fees | $47.65 |

LABEL 11-B, NOVEMBER 2023  PSN 7690-02-000-9996

◀ PEEL FROM THIS CORNER