

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOWCLERK'S OFFICE
CLERK OF COURT202-275-8000

July 18, 2024

2024-2024 - Golden v. Google LLC

# NOTICE OF NON-COMPLIANCE

The document (Combined Opening Brief & Appendix, Entry of Appearance) submitted by Larry Golden is not in compliance with the rules of this court. Within <u>fourteen</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The filing must be completed on the required form. Current versions of all forms are available on the court's website at [Forms.](#) Fed. Cir. R. 47.3(b)(6) (***Form 8B***).

- The document exceeds the allowable page and/or type-volume limitation. Fed. Cir. R. 32(c) (informal brief).

   *Clerk's Note: The opening brief may only be up to 30 pages long. The current opening brief is 31 pages. Appellant is appearing pro se, and thus must submit a Notice of Unrepresented Person Appearance (Form 8B).*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk