NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC,**
*Defendant-Appellee*

---

2024-2024

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-05246-RFL, Judge Rita F. Lin.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Larry Golden moves the court to "summarily affirm the 09/08/2022 order of this Court" in Appeal No. 2022-1267. Google LLC opposes the motion. Mr. Golden replies.

Mr. Golden appears to be arguing the merits of his case. This court's usual practice is to decide the merits after full briefing. To the extent he seeks summary

disposition, he has not shown that his position is "so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists." *Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994).

Accordingly,

IT IS ORDERED THAT:

(1) The motion is denied.

(2) Mr. Golden's corrected opening brief, ECF No. 13, is accepted for filing.

(3) Google's response brief is due no later than 40 days from the date of entry of this order.

FOR THE COURT

September 25, 2024
Date

Jarrett B. Perlow
Clerk of Court