# United States Court of Appeals For the Federal Circuit

**LARRY GOLDEN,**

*Appellant,*

v.

**GOOGLE LLC,**

*Appellee.*

**DEFENDANT-APPELLEE GOOGLE'S
UNOPPOSED MOTION FOR A 14-DAY EXTENSION
OF TIME TO FILE ITS RESPONSE BRIEF**

Appeal from the United States District Court for the Northern District of
California in Case No. 3:22-cv-05246-RFL, Judge Rita F. Lin

Matthew S. Warren
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114

*Counsel for Defendant-Appellee Google LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 24-2024

**Short Case Caption** Golden v. Google LLC

**Filing Party/Entity** Google LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/28/2024

Signature:

Name: Matthew S. Warren

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Google LLC | | XXVI Holdings Inc.; Alphabet Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Sachli Balazadeh-Nayeri | Wilson Sonsini Goodrich & Rosati, P.C. | Not expected to appear. |
| Virginia G. Kain | Shearman & Sterling LLP | Not expected to appear. |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)　☑ No　☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Under Federal Circuit Rules 26(b) and 27, Appellee Google LLC respectfully moves for a 14-day extension of time in which to file its brief in this appeal. Google has not sought any previous extensions of time in this appeal.

Google's response brief is currently due by November 4, 2024. If this Court grants Google's request for an extension, the response brief will be due by November 18, 2024.

Google has good cause to request this extension because the current briefing schedule conflicts with the professional obligations of Google's counsel.

Appellant Larry Golden does not oppose this motion and does not intend to file a response.

Date: October 28, 2024

Respectfully submitted,

Matthew S. Warren (State Bar No. 230565)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-2024@cases.warrenlex.com

*Counsel for Defendant-Appellee Google LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** <u>24-2024</u>

**Short Case Caption:** <u>Golden v. Google LLC</u>

---

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

---

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes <u>149</u> words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: <u>10/28/2024</u>

Signature: _____

Name: <u>Matthew S. Warren</u>