No: 2024-2024

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LARRY GOLDEN
*Plaintiff-Appellant*

v.

Google, LLC
*Defendant-Appellee*

RECEIVED

OCT 31 2024

United States Court of Appeals
For the Federal Circuit

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA—

SAN FRANCISCO IN 4:22-cv-05246-RFL

JUDGE RITA F. LIN

**PLAINTIFF-APPELLANT'S MOTION TO EXTEND PAGES OF THE INFORMAL REPLY BRIEF**

LARRY GOLDEN
740 Woodruff Rd., #1102
Greenville, S.C. 29607
(864-288-5605)
Atpg-tech@charter.net

Appearing ProSe

October 29, 2024

In response to the Defendant-Apellee's e-mail inquiry into whether Plaintiff-Appellant would oppose a motion to extend time required to file a response, Golden initially stated he will oppose the motion and file a response in accordance with FRAP Rule 31(a)(1): "the Appellee must serve and file a brief within 30 days after the appellant's brief is served." *(Exhibit A)*.

Golden replied to Defendant and agreed not to oppose Defendant's motion for an extension of time to file a Response Brief, if Defendant agrees not to oppose Golden's motion for an extension of 15 pages to page limit of the Informal Reply Brief. *(Exhibit A)*.

In an e-mail reply received from the Defendant on October 28, 2024, the Defendant stated "Mr. Golden—we have a deal". *(Exhibit A)*.

This is Golden's unopposed motion to extend the Informal Reply Brief page limit from 15 pages to 30. The extended page limit is needed to prove the Judge erred in the following:

Google failed to defend, and Judge Lin completely ignored Golden's claim that Google's Tensor, Tensor 2, and Tensor 3 CPU/Chipset allegedly infringes independent claims 4, 5, & 6 of Golden's '287 patent, and independent claim 11, and dependent claims 12-20 of Golden's '619 patent asserted in the case. Failure to defend is an admission of guilt.

Google has always been at the helm for controlling the integration of hardware and software with its Google Android Open-Source Operating System platform since the very beginning of the creation of the first smartphone in 2007.

Sincerely,

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
(H) 8642885605 (M) 8649927104
Email: atpg-tech@charter.net

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29st day of October, 2024, a true and correct copy of the foregoing "PLAINTIFF-APPELLANT'S MOTION TO EXTEND PAGES OF THE INFORMAL REPLY BRIEF", was served upon the following Defendant by priority "express" mail:

Matthew S. Warren

WARREN KASH WARREN LLP

2261 Market Street, No. 606

San Francisco, California, 94114

Phone: (415) 895-2940

Fax: (415) 895-2964

Email: 22-5246@cases.warrenlex.com


_____

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605

*Exhibit A*

Subject: Golden v. Google LLC, No. 24-2024 (Fed. Cir.)
Date: October 28, 2024 at 11:46 AM MDT
From: Matt Warren<matt@warrenkashwarren.com>
To: atpg-tech@charter.net
Cc: 24-2024@cases.warrenlex.com

On Sat, Oct 26, 2024 at 4:34 PM <atpg-tech@charter.net> wrote:
> Mr. Warren:
>
>
> Idon't agree.
>
>
> But, I won't oppose or file a response to your motion for extended time; if you agree not to oppose or file a response to my motion to extend the page limit of my reply brief from 15 pages to 30:

Mr. Golden—we have a deal. We will file our motion as unopposed, and will not oppose your request to extend the page limit of your reply brief as you note above. Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren   matt@warrenkashwarren.com   +1 (415) 895-2928

Subject: RE: Golden v. Google LLC, No. 24-2024 (Fed. Cir.)
Date: October 26, 2024 at 5:34 PM MDT
From: atpg-tech@charter.net<atpg-tech@charter.net>
To: matt@warrenkashwarren.com
Cc: 24-2024@cases.warrenlex.com

Mr. Warren:

I don't agree.

Mr. Warren:

Idon't agree.

But, I won't oppose or file a response to your motion for extended time; if you agree not to oppose or file a response to my motion to extend the page limit of my reply brief from 15 pages to 30:

Google makes, uses, offers-to-sell, and/or sells all of the accused devices' components necessarily assembled to enable the functionality of a smartphone sensing device. Including the software apps Google offer-to-sell, and sells in Google Play Store for CBRNE detection. When you break down the categories (chemical, biological, radiological, nuclear, explosives. etc.) and search through different industries (medical, government, etc.), I am confident I can provide an extremely long list. Some examples are:

CBRNResponder provides free software tools for logging, transmitting, storing, analyzing, and presenting environmental radiological, chemical, and biological monitoring data. Data is stored in a secure cloud environment accessible only by the user. To register for an account and to obtain further information.

CERES (Chemical Emergency Response E-Service) is our chemical incident planning and response platform that brings together plume dispersion models with maps and real-time meteorological data and gas sensors data. Our software can be used anywhere, anyplace, on any device, phone, tablet or PC. You get free access to a government approved model widely used to plan for and respond to chemical emergencies.

PlumeSIM-SMART Simulators (SMART-SIMs) available within this application are for use with PlumeSIM-SMART, a full feature Chemical, Biological, Radiological, Nuclear (CBRN) and Hazardous Material (HazMat) training system that enables you to implement single or multiple threat releases incorporating hazardous material, radionuclides and chemical warfare agents to generate virtual Tabletop exercises and wide area Live field exercises.

SYGNAL is an innovative app for simulated HAZMAT and CBRNE detection training. It turns mobile devices into training tools, offering customizable sessions, real-time GPS tracking, geofencing, and instant messaging. Designed for first responders and confined space rescuers, SYGNAL enhances training with an intuitive interface and secure cloud-based connectivity, compatible with iOS and Android.

The Dräger Gas Detection App provides a general overview of gas and vapor measurement technology. The basic principles of the Dräger-Tube, Dräger Sensor and Dräger Chip Measurement System are described and a complete listing of the Dräger-Tubes and chips are provided with all relevant measurement parameters. In addition, there is an introduction to portable monitors, including electrochemical, catalytic, and infrared sensor technology, as well as a complete list of Dräger sensors and monitors. The support section contains a sensor compatibility chart, how-to videos, error code charts and links to our new customer support pages.

Larry

--------------------

From: "Matt Warren" <matt@warrenkashwarren.com>
To: <atpg-tech@charter.net>
Cc: "Golden v. Google LLC" <24-2024@cases.warrenlex.com>
Sent: October 25, 2024 at 3:01 PM MDT
Subject: Golden v. Google LLC, No. 24-2024 (Fed. Cir.)

Mr. Golden:

Thank you for your prompt response to my email of earlier today. I should correct one factual error in your responsive email: notwithstanding the time specified in Fed. R. App. P. 31, the Federal Circuit extends the time for an appellee's brief to 40 days, as set forth in Federal Circuit Rule 31(a)(2). This rule applies to all appellee briefs.

With the correct rule in mind, please let me know if you will consent to the courtesy of a 14-day extension of Google's time to file its brief.

Thank you again for your time and courtesy in this matter.

Best Regards,
Matt Warren

--

Matt Warren     matt@warrenkashwarren.com     +1 (415) 895-2928

Subject: RE: Golden v. Google LLC, No. 24-2024 (Fed. Cir.)
Date: October 25, 2024 at 2:50 PM MDT
From: atpg-tech@charter.net<atpg-tech@charter.net>
To: matt@warrenkashwarren.com
Cc: 24-2024@cases.warrenlex.com
Bcc: atpg-tech@charter.net

It is my understanding that according to FRAP Rule 31, the Court has already granted you an additional 10 days to file your Response Brief. Therefore, yes I will oppose the motion as well as respond to the motion when you file.

# Rule 31. Serving and Filing Briefs

## Primary tabs

(a) Time to Serve and File a Brief.

(1) The appellant must serve and file a brief within 40 days after the record is filed. The appellee must serve and file a brief within 30 days after the appellant's brief is served. The appellant may serve and file a reply brief within 21 days after service of the appellee's brief but a reply brief must be filed at least 7 days before argument, unless the court, for good cause, allows a later filing.

Larry

--------------------

From: "Matt Warren" <matt@warrenkashwarren.com>
To: "Larry Golden" <atpg-tech@charter.net>
Cc: "Golden v. Google LLC" <24-2024@cases.warrenlex.com>
Sent: October 25, 2024 at 11:44 AM MDT
Subject: Golden v. Google LLC, No. 24-2024 (Fed. Cir.)
Mr. Golden:

I hope you are doing well. I write to seek your consent to a brief extension of Google's time to respond in this matter. Google's brief is currently due on November 4, 2024; we plan to seek a 14-day extension of this time, until November 18, 2024. May we tell the Court that you do not oppose this motion and do not plan to file a response? If so, please let me know; if not, please let me know your position regarding this motion. We would, of course, be happy to extend a similar courtesy regarding your reply brief.

If you would like to speak by telephone, my direct line is +1 (415) 895-2928. If I do not answer, please leave a voicemail and I will call you back. Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren   matt@warrenkashwarren.com   +1 (415) 895-2928

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME
MAULDIN, SC 2966[?]
OCT 29, 2024

20439

$32.00

S2324P502483-92

RDC 07

# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 975 707 171 US

## CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT) PHONE 864 288-5605

LARRY GOLDEN
740 WOODRUFF RD. # 1102
GREENVILLE, SC 29607

### DELIVERY OPTIONS (Customer Use Only)

☒ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

### TO: (PLEASE PRINT) PHONE 202 275-8000

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
CASE NO - 24-2024
717 MADISON PLACE, NW
WASHINGTON, DC

**ZIP + 4®** (U.S. ADDRESSES ONLY)
2 0 4 3 9 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**PEEL FROM THIS CORNER**

### PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 29442 | 10/30/24 | $ 32.00 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 10/29/24 | ☐ 6:00 PM | $ | $ |

| Time Accepted | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|
| 7:30 ☐AM ☒PM | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | |

| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| lbs. ozs. | | PB | $ 32.00 |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐AM ☐PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐AM ☐PM | |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996