NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC,**
*Defendant-Appellee*

---

2024-2024

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-05246-RFL, Judge Rita F. Lin.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Upon consideration of Larry Golden's unopposed motion to double the page limit for his informal reply brief from 15 pages to 30 pages,

IT IS ORDERED THAT:

The motion is denied. Mr. Golden's informal reply brief, not to exceed 15 pages, is due no later than 21 days from the date of service of Google LLC's response brief.

FOR THE COURT

November 15, 2024
Date

Jarrett B. Perlow
Clerk of Court