NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LARRY GOLDEN,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC,**
*Defendant-Appellee*

_____

2024-2024

_____

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-05246-RFL, Judge Rita F. Lin.

_____

**ON MOTION**

_____

PER CURIAM.

**O R D E R**

On December 13, 2024, Larry Golden moved to compel Google LLC to produce evidence [ECF No. 31].

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

December 23, 2024
Date

Jarrett B. Perlow
Clerk of Court