NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC,**
*Defendant-Appellee*

---

2024-2024

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-05246-RFL, Judge Rita F. Lin.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

On December 31, 2024, Larry Golden moved for oral argument in the above-captioned appeal [ECF No. 37]

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

January 3, 2025
Date

Jarrett B. Perlow
Clerk of Court