No: 2024-2024

---

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

LARRY GOLDEN
*Appellant*

v.

Google, LLC
*Appellee*

RECEIVED

JUL 21 2025

United States Court of Appeals
For the Federal Circuit

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA—

SAN FRANCISCO IN 4:22-cv-05246-RFL

JUDGE RITA F. LIN

---

## INFORMAL PETITION FOR REHEARING *EN BANC*

LARRY GOLDEN
740 Woodruff Rd., #1102
Greenville, S.C. 29607
(864-288-5605)
Atpg-tech@charter.net

Appearing ProSe

July 18, 2025

# CONTENT PAGE

| Pages | Title |
|-------|-------|
| 1 | THE CIRCUIT CONFIRMS GOOGLE'S REQUIRED ANDROID OPERATING SYSTEM SOFTWARE ENABLES THE INFRINGEMENT OF GOLDEN'S PATENTS |
| 2-4 | THE ACCUSED GOOGLE PRODUCTS MUST COMPRISE THE REQUIRED CENTRAL PROCESSING UNIT (CPU) HARDWARE PRE-INSTALLED |
| 5-7 | "DO NOT INFRINGE WITHOUT MODIFICATION— THE MODIFICATION OF INSTALLING THE REQUIRED SOFTWARE." |
| 8-12 | GOOGLE'S HAND-HELD SCANNER, THAT INCLUDES THE GOOGLE CAMERA AND A NEAR-FIELD COMMUNICATIONS (NFC) SENSOR, ALLEGEDLY INFRINGES GOLDEN'S PATENTED CMDC HAND-HELD SCANNER |
| 13-16 | CLAIM CONSTRUCTION |
| 16-20 | SENSOR TYPES SUPPORTED BY THE "*ANDROID*" PLATFORM |
| 20-27 | CLAIM CHART FOR GOOGLE'S PHONE, CPU, & WATCH |
| 28-29 | THE GOOGLE "BEACON" [FIFTH INFRINGEMENT THEORY] WI-FI CONNECTION IS PART OF GOOGLE'S INTERNET OF THINGS (IOT) SOLUTIONS |
| 29 | CBRNE detection with the Google "*Beacon*" is a Wi-Fi "process". *Not*, a modification. |
| 30 | CONCLUSION |

**THE CIRCUIT CONFIRMS GOOGLE'S REQUIRED ANDROID OPERATING SYSTEM SOFTWARE ENABLES THE INFRINGEMENT OF GOLDEN'S PATENTS**

Copyright law protects code [Google Android Open-Source Code] while patents protect the underlying systems and processes tied to software. the Northern District of California held in 2008 in *Penpower Tech. Ltd. v. S.P.C. Tech*, software is a "proper subject matter for copyright protection." Per the U.S. Copyright Act, software can be protected with a copyright as "a set of statements or instructions to be used directly or indirectly in a computer in order to bring about a certain result," and, further, because the *code* [Google Android Open-Source Code] can be fixed in any electronic, print, or other medium. (17 U.S.C. § 101). Copyright protection commences when the *code* [Google Android Open-Source Code] creation process begins. Keep in mind that the scope of a copyright is strictly limited to the *source code* [Google Android Source Code].

**Google's process of creating source code involves several key steps:**

1. *Planning and Design*
   - Identify user needs and project goals.
   - Create specifications and design documents.
2. *Development*
   - Write code using programming languages like Python, Java, or C++.
   - Utilize integrated development environments (IDEs) and version control systems (e.g., Git).
3. *Testing*
   - Conduct unit tests, integration tests, and system tests to ensure functionality.
   - Use automated testing frameworks to streamline the process.
4. *Code Review*
   - Collaborate with team members for peer reviews to improve code quality.
   - Implement feedback and make necessary adjustments.
5. *Deployment*
   - Deploy code to production environments using continuous integration/continuous deployment (CI/CD) practices.
   - Monitor performance and user feedback post-launch.
6. *Maintenance*
   - Regularly update and patch code to fix bugs and improve performance.
   - Adapt to changing user needs and technological advancements.

The Circuit confirms the lower court's determination that the accused devices function as a 'CBRNE sensing device' because Google has pre-installed the required Google Android Open-Source Operating System software. This is not about copyright infringement.

1

**THE ACCUSED GOOGLE PRODUCTS MUST COMPRISE THE REQUIRED
CENTRAL PROCESSING UNIT (CPU) HARDWARE PRE-INSTALLED**

Golden has continuously claimed, over and over again, that the Google smartphones'
Tensor CPU allegedly infringes Golden's patented new, improved upon, and useful central
processing unit (CPU). Google has failed to defend; the lower court has failed to compel Google
to answer the allegations; and the Circuit failed to rule in favor of Golden because Google has
neither denied, defended, or challenged Golden's alleged claims of infringement.

Golden's CPU was invented specifically for Golden's patented new, improved upon, and
useful cell phone (CMDC device). Google's Tensor CPUs; invented for mobile devices (i.e.,
Google smartphones) are recognized as the "brains" of the mobile, consumer, or cellular devices.

Both the Google Tensor CPUs and Golden's patented CPUs, are responsible for carrying
out the functional and operational instructions of the computer (smartphone) programs. Golden
has alleged the Google smartphone cannot operate/function without Golden's patented CPUs.



**The Google Tensor CPU and Google Android operating system (OS)**

The Google Tensor CPU and Google Android operating system (OS) are essential
components of Google's mobile devices, each fulfilling unique functions that enhance user
experience. Golden claims Google is allegedly infringing his patented Central Processing Unit
(CPU) [hardware], and Golden claims his "transceiver" is equivalent to the Google Android
Operating Systems (OS) [software].

1. *Google Tensor CPUs [hardware]*

2

- Function: The Google Tensor CPU hardware is the primary processor that executes instructions and manages tasks within the device.
- Performance: Google Tensor CPUs are designed for efficiency, balancing power consumption and processing speed to optimize battery life.

2. *Google Android Operating Systems (OS) [software]*
   - Function: The Google Android OS software manages hardware resources and provides a platform for applications to run.
   - User Interface: It offers the graphical interface that users interact with, enabling navigation and access to features.

3. *Complementary Roles*
   - Integration: The Google Tensor CPU and the Google android OS work together to ensure smooth operation of applications and system functions.
   - User Experience: A powerful Tensor CPU can enhance the performance of the Android OS, leading to faster app launches and smoother multitasking.

Understanding the distinct roles of mobile CPUs and operating systems helps in appreciating how they contribute to the overall functionality and performance of mobile devices. Below is a chart of patent claims asserted in this case, demonstrating how Golden's patented CPU [hardware] is integrated with Golden's transceiver [equivalent operating systems-software], to enable Golden's patented multi-sensor detection system [hardware and software].

| Central Processing Unit Claims 4, 5, & 6, of the '287 Patent | | Multi-Sensor Detection Claim 8 of the '189 Patent |
|---|---|---|
| 4. A communication device comprising: at least one central processing unit (CPU); at least one or more detectors in communication with the art least one CPU for detecting at least one of a chemical, biological, radiological, or explosive agents; ... at least one CPU configured to send signals to monitor... or send signals to detect at least one [] chemical biological, radiological, or explosive agent | *"transceiver"* [equivalent operating systems— software] | 8. A multi-sensor detection system for detecting at least one [], chemical, biological, human, or radiological agents and compounds, comprising: a plurality of sensors for detecting at least one chemical, biological, [] or contraband agents and compounds and capable of being disposed within, on, upon or adjacent a [] detection device; |

The next chart, claim 1 of the Golden's '619 patent demonstrates Golden's patented CPU as an element of the communication device, whereby the alleged infringement is directed to the communication devices. Claim 11 of the Golden's '619 patent demonstrates Golden's patented CPU as a stand-alone device, whereby the alleged infringement is directed to the central processing unit (CPU).

3

| Central Processing Unit Claim 1 of the '619 Patent | ⇄ | Central Processing Unit Claim 11, of the '619 Patent |
|---|---|---|
| 1. A communication device that is at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, comprising at least a central processing unit (CPU), capable of: processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); | *'smartwatch'* [standard sensors for i.e., heart rate and/or sensors for WMDs] | 11. A central processing unit (CPU) of at least a personal computer (PC), a cellphone, a smartphone, a laptop, or a handheld scanner, capable of: processing instructions to monitor or detect at least one of a chemical sensor, a biological sensor, a motion sensor, a biometric sensor, a signature sensor, or a human sensor; processing instructions to monitor or detect for at least one of chemical agent, biological agent, radiological agent, nuclear agent, or explosive agent, weapons of mass destruction (WMDs); |

Added to the list of alleged infringing products is Google's Pixel Smartwatches 1, 2, & 3, that Google has failed to defend; the lower court has failed to compel Google to answer the allegations; and the Circuit failed to rule in favor of Golden because Google has neither denied, defended, or challenged Golden's alleged claims of infringement. The Google smartwatch can stand alone [claim 23 of '439 patent and claim 8 of the' 189 patent]; the smartwatch CPU can stand alone [claim 11 of the '619 patent]; and, the smartwatch that comprises the CPU can stand together [claims 4, 5, & 6, of the '287 patent and claim 1 of the '619 patent].



ATAK (built on the Google Android operating system)... controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate)...

The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www.defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/

Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface

Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/homeland-security -smartwatch-detect-nuclear-bombs/

In *Golden v. Google, LLC*, CAFC Case: 24-2024 Dkt: 24 Pages 338-482; Filed: 11/21/2024 "Informal Reply Brief". Google own Expert Witness [DAVID H. WILLIAMS] Declaration debunks the non-infringement theory of 'modification'. Key words: configured to, mobile phones, smartwatch, Bluetooth, NFC, GPS, operating system, processors, software, RF, cellular, WiFi, wireless adapters; biological-pulse, biometric, infrared, skin, light, optical, and EGG sensors, heart rate, ... (Appx. VIII)

**"DO NOT INFRINGE WITHOUT MODIFICATION—THE MODIFICATION OF INSTALLING THE REQUIRED SOFTWARE."**

In the "OPINION" of the Federal Circuit in *Golden v. Google LLC* CAFC Case: 24-2024 Document: 41 Page: 6 Filed: 06/25/2025, Golden's five infringement theories all require "installing the required software'.

> "We conclude that the district court did not err in finding that Mr. Golden's five infringement "theories all require that the accused products be modified in some way for them to infringe on the patents-in-suit." Decision at *1; see also *Nazomi Commc'ns, Inc. v. Nokia Corp*, 739 F.3d 1339, 1346 (Fed. Cir. 2014) (finding no infringement when the accused products "do not infringe without modification—the modification of installing the required software.")." ...
>
> "Therefore, each of Mr. Golden's direct infringement theories solely against Google fails because Mr. Golden's infringement allegations require modification of the accused products to show infringement." *Golden v. Google LLC* CAFC Case: 24-2024 Document: 41 Page: 6 Filed: 06/25/2025

Golden agrees with the District Court and the Federal Circuit that infringement of Golden's patents-in-suit does exist; but, disagrees with the "installment of require software" and because this is a question of fact and not one of law, Golden disagrees with both the District Court and the Federal Circuit for depriving Golden of his guaranteed right to present the following factual evidence to a jury. [U.S. CONST. 7th Amend.]

The required software of the accused products of Google do not have to be installed; the required software is the "Google android open-source operating system (OS) and is already pre-installed by Google in the accused products. The optional software, or, species of the Android OS software, is not required and is developed compatible to the Android OS software; resulting from Google's release of an "open-source code" for the developers of the software to build upon.

The entire Android OS is available through APIs written in the Java language. The APIs form the building blocks needed to create Android apps by simplifying the reuse of core, modular system components and services, which include the following:

> 1- A view system that can be used to build an app's UI, including lists, grids, text boxes, buttons, and even an embeddable web browser; 2- A resource manager, providing access to non-code resources such as graphics, and layout files; 3- A notification manager that enables all apps to display custom alerts in the status bar; 4- An activity manager that manages the lifecycle of apps and provides a common navigation back stack; and, 5- Content providers that enable apps to access data from other apps, or to share their own data.

Developers have full access to the same framework APIs that Android system apps use.



An example of the "*process*", not modification, is illustrated here with Golden's first infringement theory: DoD DTRA-ATAK software.

✓    *Step 1 of the "process"*: Google releases an Android open-source.

✓    *Step 2 of the "process"*: DTRA developers builds the *Android Team Awareness Kit* [ATAK—software] on the Google Android operating system as a digital application available to warfighters throughout the DoD.

✓    *Step 3 of the "process"*: DTRA developers include the chemical, biological, radiological, and nuclear (CBRN) plug-ins, of Draper Laboratories.

✓    *Step 4 of the "process"*: The ATAK digital application is made available for download [without DoD restriction] to a billion phones and tablets' users of the Android operating system (OS).

> "The open-architecture Android platform has been tremendously successful at capturing the largest share of the smartphone market. Backed and acquired by Google in 2005, the Android operating system can be found in over a billion phones and tablets since it's unveiling in 2007, and it is poised to continue expanding its reach with the emergence of "Internet of Things" embedded solutions. There are over 2.6 million applications available from the official Google Play Store."



Once this "*process*" is completed, the user of the Google device will have an "enabled" Google CBRNE sensing device. But, there's nothing about this "*process*" that calls for 'modification' of any of the Google products.

The patents asserted in this case are referred to as "process patents", "method patents", or "utility patents", and whether the actions performed is a process or a modification, is a fact question. A claim of patent infringement is an issue-of-fact tried by a jury under the Seventh Amendment Clause of the United States Constitution. [U.S. CONST. 7th Amend.]

**GOOGLE'S HAND-HELD SCANNER, THAT INCLUDES THE GOOGLE CAMERA
AND A NEAR-FIELD COMMUNICATIONS (NFC) SENSOR, ALLEGEDLY
INFRINGES GOLDEN'S PATENTED CMDC HAND-HELD SCANNER**

### Google's Smartphone Camera for Scanning QR Codes

Digital devices connected to the global network are rapidly finding their way into almost every facet of life. In addition to computers, smart phones, tablets, game consoles, new categories of connected devices such as fitness wearables, digital fashion accessories, Internet of Things (IOT) appliances, security systems, self-driving cars, robotics, smart toys, industrial control and home automation systems are coming on the market at an accelerating pace.

All of these connected devices have sensors of one kind or another (e.g. accelerometers, GPS, RF sensors, NFC sensors, *cameras* & microphones) so that it will be theoretically possible to "instrument" virtually the entire population of the U.S. in one form or another, and to use this synoptic instrumentation to swiftly detect and respond to CBRN events.

> Mobile apps can combine sensor feeds from many handsets to create vast "synthetic apertures" to detect earthquakes (from accelerometer data), explosions (from microphones) and even *gamma radiation* (from activation of cell *cameras*).
> Sensor activity from *cameras*, microphones, accelerometers in mobile devices, laptops, computers and IOT devices (home security/automation, municipal, industrial) can detect, localize and sometimes identify CBRN events, including those producing *ionizing radiation.*

*Retrieved from:* Homeland Security Science and Technology Advisory Committee, Quadrennial Homeland Security Review Subcommittee, Chemical, Biological, Radiological, and Nuclear Detection, chaired by Eric Haseltine with contributions from Dr. Gerald Parker, Dr. Yacov Haimes, Mr. Daniel Dubno as part of recommendations to the Department of Homeland Security, Under Secretary for Science and Technology, Robert Griffin

### Golden's Stand-alone hand-held scanner—Specifications

> Each [] includes [] a sensor, [] and is electrically interconnected [] to the cpu []so that information regarding the detection of the particular agent or compound can be conveyed from the detectors to the [] cpu. Each [] can [] be used as a [], stand-alone hand-held scanner.
> FIG. 12 is a representative schematic view [] of the present invention illustrating the sequence of steps undertaken [] when functioning as a stand-alone scanner for detecting an agent or compound

8

As shown in FIGS. 1, 2 and 9-13, the multi sensor detection [] system 10 includes a plurality of detectors 46 with each [] sample for a specific agent or compound (biological, chemical, or radiological); [] The detectors 46 can also be used as stand-alone scanners.

As shown in FIG. 2, [] a sensor 52 for detecting the specific agent, element or compound, and [] for each specific agent [] which is [] visible when [] used as a stand-alone scanner. Each [] includes a conventional microprocessor for controlling the various functions and generating the appropriate signals for transmission to the cpu 40 ... functions as a stand-alone scanner and can be wirelessly interconnected to offsite monitoring equipment.

FIG. 12 illustrates a representative schematic [] when used as stand-alone scanner. The detector 46 undergoes the same essential steps as illustrated in FIG. 11, with the exception of the signal transmission to the cpu 40.

**Five (5) ways to scan a QR code on Google Android**

Most modern Android devices, including Google smartphones, have built-in QR scanners in the camera app, so you don't need a separate app. Simply point your camera at the code, and it should work instantly.

1. Use the built-in Camera app to scan a QR code on Google Android. Google Android devices have QR code scanning functionality integrated into the default camera app. To use this feature, open the Camera app by locating its button on your Home Screen or app drawer and tapping it.

2. Use Google Android's built-in scanner to read QR codes, including in pictures or screenshots. Google Android devices, offer a quick action button to scan QR codes directly from the Quick Settings panel. Swipe down from the top of the screen to reveal the Quick Settings menu.

3. Use Google Lens to scan QR codes on Google Android. Google Lens is integrated into Google Android devices and can scan QR codes with added functionality, such as text translation and product searches. To use Google Lens, first open the Google app.

4. Scan QR codes on Google Android with Gemini. Assistants such as Google's Gemini can help scan QR codes quickly using voice commands. [voice authentication for Google devices is claimed in Golden's patents] Activate Gemini by saying "Hey Google!" Alternatively, you can press and hold the power button to wake your assistant. Then, ask it to "Scan QR code."

9

5.  Scan QR codes on Google Android using Circle to Search. The Circle to Search feature from Google Android can also help you scan QR codes from your Google smartphone. Start by making sure that the QR code is visible on your smartphone's screen. It can be anywhere, whether that's a webpage, an app, a document, or a simple image. Then, once you have the QR code in view, enable the Circle to Search feature by touching and holding the navigation handle if you're using gesture navigation, or the Home button if you're using 3-button navigation mode.



**Google's smartphone camera scans QR codes**

Google's smartphone camera QR codes can be integrated with CBRNE (chemical, biological, radiological, nuclear, and explosives) detectors and/or sensors to enhance data sharing and operational efficiency.

- One of the benefits of integration is real-time data access. QR codes can link to live data from CBRNE sensors, providing immediate access to critical information.

- Scanning a QR code can simplify the process of retrieving sensor data, making it accessible to personnel without specialized training.

- QR codes can be printed on CBRNE equipment, allowing quick access to emergency protocols.

## Google's Smartphone NFC for Scanning Tags

NFC stands for near field communication. Google's NFC technology is a newer, more finely honed version of RFID. It operates at a maximum range of about 4 inches (10 centimeters) and can be set up for one- or two-way communications. Using your Google NFC smartphone, you can tap NFC smart tags that might appear in everything. Google's NFC duplicates RFID's feat by reading smart tags, thanks to its read/write operation mode. But in addition to read/write capabilities, Google's NFC has two other modes, both of which involve dynamic, two-way communication: card emulation and P2P (peer-to-peer).

That's where Google smartphones and other NFC-capable devices come into play. With Google's P2P mode, you can easily share information and pair all sorts of devices. Example of Chem/Bio monitoring: Your doctor affixes an NFC health monitoring tag to your skin. That tag will send streams of data on your body's temperature, sugar levels and much more right to your Google smartphone, which then relays that data to your nurse.

In order to determine what sort of information is to be exchanged between devices, the NFC standard currently has two distinct modes of operation for compliant devices.

> The most common use in smartphones is the peer-to-peer mode, which allows two NFC-enabled devices to exchange various pieces of information between each other. In this mode both devices switch between active, when sending data, and passive states when receiving. Allowing the NFC device to exchange data with other NFC peers; this operation mode is used by Google Android Beam.
> The read/write mode, on the other hand, is a one-way data transmission, where the active device, possibly your Google smartphone, links up with another (CBRNE detection) device in order to read information from it. This mode is used when you interact with an NFC tag.

**List of Google NFC-Enabled Smartphone Devices [Google Hand-Held Scanners]**

| Brand | Model | Platform | First Released | NFC-Enabled | Availability | |
|-------|-------|----------|----------------|-------------|--------------|---|
| Google | Pixel 5 | Android | October 2020 | Yes | all versions | |
| Google | Pixel 6 | Android | October 2021 | Yes | all versions | |
| Google | Pixel 6 Pro | Android | October 2021 | Yes | all versions | |
| Google | Pixel6a | Android | July 2022 | Yes | all versions | |
| Google | Pixel 7 | Android | October 2022 | Yes | all versions | |

| Google | Pixel 7 Pro | Android | October 2022 | Yes | all versions |
| Google | Pixel 7a | Android | May 2023 | Yes | all versions |
| Google | Pixel 8 | Android | October 2023 | Yes | all versions |
| Google | Pixel 8 Pro | Android | October 2023 | Yes | all versions |
| Google | Pixel 8a | Android | May 2024 | Yes | all versions |
| Google | Pixel 9 | Android | October 2024 | Yes | all versions |
| Google | Pixel 9 Pro | Android | October 2024 | Yes | all versions |
| Google | Pixel 9 Pro XL | Android | October 2024 | Yes | all versions |

**Near-Field Communication (NFC) Smartphone Sensor:** Nascent technology embedded in modern smartphones—near-field communication (NFC)—for wireless electronic, portable, non-line-of-sight selective detection of gas-phase chemicals *(Fig. 1)*

National Institutes of Health (NIH). *"Wireless gas detection with a smartphone via rf nfc communication"* Published online 2014 Dec 8. doi: 10.1073/pnas. 1415403111 Retrieved from: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4280584/



*Figure 1*

Conversion of an NFC tag into a CARD enables wireless rf detection of chemical analytes with a smartphone. NFC-enabled smartphones communicate with NFC tags by simultaneously energizing the NFC tag with an alternating magnetic field (f = 13.56 MHz) through inductive coupling and transferring data by signal modulation.

Google's NFC antennas [inside the device] play a crucial role in enabling short-range wireless communication between devices. Their unique characteristics, such as operating frequency, size, range, and coupling, make them suitable for various applications, including, access control, product authentication, and device pairing. Understanding the different types of NFC antennas is essential for developing effective and efficient Google NFC-enabled devices.

As Google NFC technology continues to evolve and find new applications, the importance of Google's NFC antennas will only grow. By leveraging the capabilities of these small but powerful components, we can create seamless and secure wireless experiences that enhance convenience, efficiency, and sec. *Wireless communication is not "modification"*.

## CLAIM CONSTRUCTION

Golden has pled for four years that Google's android open-source operating system (OS) is equivalent to Golden's "transceiver" [transmitter/receiver] described in Golden's patent specifications because the Android (OS) perform the same function as Golden's "transceiver"; operates in a similar way as Golden's "transceiver"; and, achieves the same result as Golden's "transceiver".

Certain of Google products, smartphones, smartwatches, laptops, etc., are pre-loaded with the Google android operating system (OS).



*Golden's patent specifications for the "transceiver"*: "The system 10… adapted [] with cell phone towers and satellites for use with … a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as *cpu 40, or a transceiver* and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween."

13

"FIGS. 18 and 19 illustrate … [a] *CPU or a transceiver* 202 is programmed to receive signals from the cell phone tower 190 and/or to a GPS satellite 204 and is interconnected with …"

"FIG. 19 [] the use of a GPS satellite in conjunction with the monitoring site and monitoring equipment to relay commands and signals to the cpu or transceiver[] in response … (detection of a bomb…) has occurred or is in process. In FIG. 19 a signal [to the *cpu or transceiver*] … has traveled to the monitoring equipment 138 … which can include but is not limited to satellite cell phones, satellite monitors, cell phones, laptops, desktop PC's, notebook PC's, and LCD monitors."

"The monitoring equipment 138 then transmits a signal 222 back to the GPS satellite 204 that in turn communicates via another signal 224 with the *CPU and/or transceiver* 202 to execute any commands…"



**ANDROID STUDIO**

# Overview of Android Operating System

- Open Source: Android's open-source nature allows developers and manufacturers to customize it to suit their needs.
- Support for Multiple Devices: Android runs on smartphones, tablets, TVs, wearables, and even cars.
- Rich Application Framework: Android provides a robust framework for building innovative applications.
- Connectivity Options: Android supports Bluetooth, Wi-Fi, 4G/5G, and NFC for seamless connectivity.
- Hardware Support: Access to camera, GPS, accelerometer, and other device features.



The essential objective inquiry under the "doctrine of equivalents" is: "Does the accused product or process contain elements identical or equivalent to each claimed element of the patented invention?" *Warner-Jenkinson Co. v. Hilton Davis Chemical Co.*, 520 U.S. 17, 40, 41 USPQ2d 1865, 1875 (1997). In determining equivalence, "[a]n analysis of the role played by each element in the context of the specific patent claim will thus inform the inquiry as to whether a substitute element matches the function, way, and result of the claimed element, or whether the substitute plays a role substantially different from the claimed element." 520 U.S. at 40, 41 USPQ2d at 1875.

In *Graver Tank & Mfg. Co. v. Linde Air Prods., Inc.*, the U.S. Supreme Court held that a patentee may invoke this doctrine to proceed against the producer of a device if it performs

substantially the same function in substantially the same way to obtain the same result. This is often referred to as the *Graver Tank* "triple identity" test for equivalence.

Below are three claim limitations taken from Golden's independent claim 23 of his '439 patent asserted in this case. We now know that the Android OS is running on Google Pixel Watch 3 [Google's Watch is equivalent to Golden's "cell phone detection device"]. We also know that the Android OS has connectivity options such as Bluetooth, and Wi-Fi, and a framework for building software apps to connect such devices as the Google Pixel Watch 3 [functions the same as Golden's "cell phone detection device"] and door locks. Lastly the Android OS provides hardware support for accessing the camera, GPS, and other device features.

> "a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device;"

> "at least one of a satellite connection, Bluetooth [], WiFi [], internet connection,[] (RF)[], cellular[], broadband[], long range[] short range radio frequency (RF) connection, or GPS connection;"

> "whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, … to activate or deactivate the cell phone detection device;"



Google never disputed or challenged Golden's claim construction that the Google Android (OS) is equivalent to Golden's transceiver. Google never raised any factual disputes about the complaint allegations that certain limitations of the patent claims are satisfied when the Android (OS) is identified in the alleged infringing Google devices. "We accept as true all undisputed facts asserted in the plaintiff's complaint and draw all reasonable inferences in favor of the plaintiff." *Trusted Integration, Inc. v. United States*, 659 F.3d 1159, 1163 (Fed. Cir. 2011). "Here, the government did not raise any factual disputes about the complaint's allegations in its 12(b)(6) motion to dismiss." *Cf. Reynolds v. Army & Air Force Exch. Serv.*, 846 F.2d 746, 747 (Fed. Cir. 1988).

The first complaint filed against Google was filed in the State of South Carolina District Court on January 26, 2026. *Golden v. Google LLC* Case No. 6:21-cv-00244-JD Date Filed 01/26/21 Entry Number 1 Pages 11−13. Below are the sensor types supported by the Google android platform that was filed in the first case.

### SENSOR TYPES SUPPORTED BY THE *"ANDROID"* PLATFORM

| Type | | | | |
|---|---|---|---|---|
| **Type** **Accelerometer** | Hardware | Measures the acceleration force in m/s$^2$ that is applied to a device on all three physical axes (x, y, and z), including the force of gravity. | | Motion detection (shake, tilt, etc.). |
| **Type** **Ambient Temperature** | Hardware | Measures the ambient room temperature in degrees Celsius (°C). See note below. | | Monitoring air temperatures. |
| **Type** **Gravity** | Software or Hardware | Measures the force of gravity in m/s$^2$ that is applied to a device on all three physical axes (x, y, z). | | Motion detection (shake, tilt, etc.). |
| **Type** **Gyroscope** | Hardware | Measures a device's rate of rotation in rad/s around each of the three physical axes (x, y, and z). | | Rotation detection (spin, turn, etc.). |
| **Type** **Light** | Hardware | Measures the ambient light level (illumination) in lx. | | Controlling screen brightness. |
| **Type** **Linear Acceleration** | Software or Hardware | Measures the acceleration force in m/s$^2$ that is applied to a device on all three physical axes (x, y, z), excluding the force of gravity. | | Monitoring acceleration along a single axis. |

| Type **Magnetic Field** | Hardware | Measures the ambient geomagnetic field for all three physical axes (x, y, z) in µT. | Creating a compass. |
|---|---|---|---|
| Type **Orientation** | Software | Measures degrees of rotation that a device makes around all three physical axes (x, y, z). As of API level 3 you can obtain the inclination matrix and rotation matrix for a device by using the gravity sensor and the geomagnetic field sensor in conjunction with the get Rotation Matric () method. | Determining device position. |
| Type **Pressure** | Hardware | Measures the ambient air pressure in hPa or mbar. | Monitoring air pressure changes. |
| Type **Proximity** | Hardware | Measures the proximity of an object in cm relative to the view screen of a device. This sensor is typically used to determine whether a handset is being held up to a person's ear. | Phone position during a call. |
| Type **Relative Humidity** | Hardware | Measures the relative ambient humidity in percent(%). | Monitoring dewpoint, absolute, and relative humidity. |
| Type **Rotation Vector** | Software or Hardware | Measures the orientation of a device by providing the three elements of the device's rotation vector. | Motion detection and rotation detection. |
| Type **Temperature** | Hardware | Measures the temperature of the device in degrees Celsius (°C). This sensor implementation varies across devices and this sensor was replaced with the **Type— Ambient Temperature** sensor in API Level 14 | Monitoring temperatures. |

❖ **BIOMETRICS**: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).

❖ **DISABLING LOCK MECHANISM:** Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. When setting the pattern, you must drag your finger along lines on the screen between different nodes. Afterward, to unlock the phone, you'll need to replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. If you can't log in, you'll have to employ some other methods to restore control of your phone.

❖ **CHEMICAL, BIOLOGICAL, RADIOLOGICAL, AND NUCLEAR (CBRN) DETECTION:**
Through collaboration and innovation, the Defense Threat Reduction Agency has
integrated its powerful, hazard-awareness-and-response tools into the *Android Tactical
Assault Kit (or the Android Team Awareness Kit, ATAK)*. ATAK is a digital application
available to warfighters throughout the DoD. Built on the Android operating system, ATAK
offers warfighters geospatial mapping for situational awareness during combat —on an
end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now
includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.

❖ **HEART RATE:** *Android Team Awareness Kit, ATAK* provides a single interface for viewing
and controlling different CBRN-sensing technologies, whether that is a wearable
smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a
drone to detect chemical warfare agents.

❖ **NEAR FIELD COMMUNICATION (NFC):** Pixel™, Phone by Google -Turn NFC on/off.
Near Field Communication (NFC) allows the transfer of data between devices that are a
few centimeters apart, typically back-to-back. NFC must be turned on for NFC-based apps
(e.g., Tap to Pay) to function correctly. NFC is a set of short-range wireless technologies,
typically requiring a distance of 4cm or less to initiate a connection. NFC allows you to
share small payloads of data between an NFC tag and an Android-powered device, or
between two Android-powered devices. Tags can range in complexity.

❖ **WARFIGHTERS:** The U.S. armed forces and their interagency and coalition partners
value *Android Team Awareness Kit, ATAK* and the common operating picture it provides.
DTRA continues to develop CBRN-specific plug-in capabilities to support warfighters on
the battlefield.

---

**Question:** Is downloading a mobile app a process, method, procedure, or modification?

**Answer:** Downloading a mobile app is primarily a process.

Definition of Process

- A series of actions or steps taken to achieve a particular end.
- In this case, it involves steps like searching for the app, selecting it, and initiating the
download.

Related Concepts

- Method: Refers to a systematic way of doing something, which can apply to how the
download is executed (e.g., using an app store).
- Procedure: A set of established or official ways of doing something, which can describe
the specific steps involved in downloading an app.
- Modification: This term typically refers to changes made to something, which does not
directly apply to the act of downloading an app.

In summary, while downloading an app can involve methods and procedures, it is best

categorized as a process.



**Question**: Does the Google android operating systems (OS) process apps [DTRA-ATAK] through a structured framework that manages application execution and resource allocation?

**Answer**: Yes. The Google android operating system (OS) is responsible for processing the DTRA-ATAK app. The Android (OS) is also responsible for processing the DTRA-ATAK associated CBRNE plug-in sensors.

Application Lifecycle Management

- The Android (OS) uses a component-based architecture, where each app consists of components like Activities, Services, Broadcast Receivers, and Content Providers.
- The Android system manages the lifecycle of these components, determining when they are created, started, stopped, or destroyed.

Resource Management

- The operating system (OS) allocates system resources (CPU, etc.) to apps based on priority and user interaction.
- Android employs a process management system that runs apps in separate processes, ensuring stability and security.

Multitasking and Background Processing

- The Android (OS) supports multitasking, allowing multiple apps to run simultaneously.
- Background services can perform tasks without user interaction, but they are subject to restrictions to optimize battery life and performance.

Permissions and Security

- Apps must request permissions to access sensitive resources, ensuring user privacy and security.
- The Android security model isolates apps from each other, preventing unauthorized access to data.

Overall, the Google android operating system efficiently processes apps while balancing performance, security, and user experience.



## CLAIM CHART FOR GOOGLE'S PHONE, CPU, & WATCH

The Google Pixel 5 [Fed. Cir. *Golden v. Google*, 2022] is illustrated to show how the Google Pixel 5 allegedly infringes on at least independent claim 23 of the '439 patent-in-suit. [1]

The *"PROCESS"* of including the five alleged infringement theories is "a series of actions or steps taken to achieve a particular end". Included in the chart are the elements of the alleged infringing phone; the limitations of the alleged infringed upon patent claim; that includes the alleged infringing Google Tensor CPU; and, the alleged infringing Google smartwatch.

As indicated above, "downloading a mobile app is primary a process, not a modification. The end result is a Google device capable of functioning as CBRNE-H detector. Both "process" and "modification" are issues of fact; *NOT* issues of law; decided by a jury, *NOT* a judge.

---

[1] One may hear the terms "system patent", process patent, method patent, product patent or device patent. These are not different types of patents; rather, these names refer to the subject matter that is defined in the claims of a utility patent.

In this case, Golden's utility patent protects the specific, functional process or method the mobile app [DTRA-ATAK] performs. To be eligible for the patent, this process must have meet three criteria established by the United States Patent and Trademark Office (USPTO): it must have been novel, non-obvious, and useful.

A process patent encompasses a series of steps or methods that lead to a specific outcome. This outcome can be the production of a product, or the execution of a particular task.

| Google Pixel 5 Smartphone | Patent #: 9,589,439; Independent Claim 23 | Alternatives and additional options for satisfying the element-by-element location and identification requirements |
|---|---|---|
|  | A cell phone comprising: | Golden claims the Google smartphone allegedly infringes his patented new, improved upon, and useful cell phone. Whereby both are capable of communicating, monitoring, detecting, and controlling (CMDC). Both are considered CMDC devices and are easily identified individually as a communication device; a monitoring device; a detection device; or, a controlling device. Golden's patent specifications and the specs (limitations—elements) of the Google smartphone, and Golden's patented new, improved upon, and useful cell phone (CMDC device), supports the devices as handheld scanners for scanning barcodes i.e., QR codes, NFC codes, etc. for receiving data relating to at least that of CBRN detection. |
| CPU: Octa-core (1.2 - 4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | Golden claims the Google smartphones' Tensor CPU allegedly infringes his patented new, improved upon, and useful central processing unit (CPU). The CPU was invented specifically for Golden's patented new, improved upon, and useful cell phone (CMDC device). Google's Tensor CPUs and Golden's patented CPUs invented for mobile devices (such as the Google smartphone) is recognized as the "brain" of the mobile, consumer, or cellular devices. Golden's patented CPUs are allegedly responsible for carrying out the functional and operational instructions of the computer (smartphone) programs. Golden has alleged the Google smartphone cannot operate/function without Golden's patented CPUs. |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | Every Google smartphone comes installed with Global Positioning System (GPS) technology, which works with the other sensors. Tracking, direction, and location are all made possible in the Google smartphone because of the GPS technology. GPS units inside the Google smartphone work by sending signals up to free-use government satellites orbiting the Earth, which then transmit the signal back to the Google smartphone device. Then, the GPS receivers in the Google smartphone calculate how long it took the signals to return from the satellites, triangulating the user's position on the planet. So, when the Google device user allow his/her smartphone's operating system [Google android open-source operating system) to share their location with a GPS app, his/her Google smartphone can track them in real time. Google Android smart phones and WiFi/Bluetooth beacons as detectors and sources. Google smart phone sensors (GPS, WiFi, Bluetooth) and beacon signals to calculate distance between detector and source. |

| | | |
|---|---|---|
| | | Filtering WiFi/ Bluetooth ranging functions and GPS location data. Filtering GPS derived distances based on jump in calculated position or when GPS reports jump in position but phone accelerometer sensors do not show rapid acceleration. Specific models in different categories of radiation instruments (dosimeters, survey meters, personal radiation detectors, backpacks, nuclide identifiers, and mobile systems). Google Beacon is a type of Bluetooth technology with proximity-based triggers. These triggers affect both the physical and digital world. Using Bluetooth low energy (BLE) hardware technology, beacons communicate with nearby smart devices like smartphones, tablets, etc. Different types of beacons that perform different tasks.<br><br>***Fifth infringement theory: Google Beacon:*** |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | wherein at least one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... capable of signal communication with the transmitter or the receiver; | Internet of Things (IoT) is a system of interrelated computing devices, that are provided with unique identifiers (UIDs) and the ability to transfer data over a network without requiring human-to-human or human-to-computer interaction. IoT is a network of physical objects, such as "CBRN detection devices, vehicles, buildings, and other items embedded with electronics, software, sensors, and network connectivity" that enables these objects to collect and exchange data. The Google smartphone of today can hop on the net via cellular or WiFi signals and talk to other devices (CBRNE devices) through Bluetooth and other local communication methods. Billions of connected devices are part of the Internet of Things.<br><br>They use built-in hardware and software to send and receive data via various communication protocols. The CBRNE devices use the Google smartphones as their gateway to the Internet. As huge as that number is, it seems less implausible when you realize that you can embed or attach sensors and tiny computing equipment to just about anything. Many have a Google smartphone, a device used as an access point for many connected CBRN devices; that's also an IoT device in its own right. The Google smartphone device can work in conjunction with tagging technology including RFID tags, QR codes, barcodes and the like to obtain data about items. |

| | | |
|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | Golden's patent specifications and the specs (limitations—elements) of the Google smartphone, and Golden's patented new, improved upon, and useful cell phone (CMDC device) supports the devices as handheld scanners for scanning barcodes i.e., QR codes, NFC codes, etc. for receiving data relating to at least that of CBRN detection.<br><br>Patent specifications: "… a stand-alone scanner [] can be wirelessly interconnected to offsite monitoring equipment." "...functioning as a stand-alone scanner for detecting an agent or compound."<br><br>Pixel™, Phone by Google - Turn NFC on/off.. Near Field Communication (NFC) allows the transfer of data between devices that are a few centimeters apart, typically back-to-back. NFC must be turned on for NFC-based apps to function correctly. NFC is a set of short-range wireless technologies, typically requiring a distance of 4cm or less to initiate a connection. NFC allows you to share small payloads of data between an NFC tag and an Android-powered device, or between two Android-powered devices. Tags can range in complexity. MIT-- wirelessly detect hazardous gases by using a simple sensor made from near-field communication (NFC) tags that can be read by a smartphone... detect gaseous ammonia, hydrogen peroxide, and cyclohexanone, and other gases... Sensors.<br><br>***Second infringement theory: Handheld Scanner*** |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | Golden alleges the Google smartphone is interconnected to its Google Pixel Watch [Google's smartwatch]. Golden also alleges the Google smartwatch infringes his patented "cell phone detection device'.<br><br>Google's Tensor CPU processes instructions to receive and transmit signals between the Google smartphone and at least that of the "cell phone detection device" [Google Pixel smartwatch].<br><br>The Google smartphone and the Google smartwatch are both capable of opening locks: When the Nest × Yale Lock is connected to the Nest app, you can unlock your door from the Google smartphone. The Google Pixel Watch 2 or any Google Wear OS watch with the new Google Home app can unlock the Nest Yale lock. |

| | | |
|---|---|---|
| BIOMETRICS:<br>Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | The user can set up a Smart Lock, which will automatically lock the Google smartphone device when it detects the user is away or when it's connected to a secure Bluetooth device. The user can also use the Google Assistant to lock their Google Pixel smartphone by saying "Hey Google, lock my phone"; [voice recognition].<br><br>If the user forgets the Google Pixel Watch screen lock pin, or pattern, or it's not recognized, the Google Pixel Watch the user out. If the user can't remember their watch's pattern or pin, or the watch doesn't recognize it, the user needs to factory reset the watch. There's just no way around this other than entering the correct pin or pattern. |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | Golden alleges the Google smartphone is interconnected to its Google Pixel Watch [Google's smartwatch]. Golden also alleges the Google smartwatch infringes his patented "cell phone detection device"<br><br>The Google "biometric" smartwatch may include pulse detection, or vein pattern recognition. A person skilled in the art would have understood that photoplethysmogram ("PPG") sensors, infrared sensors, light sensors, and optical sensors are types of "skin illumination measurement" sensors—i.e., skin illumination measurement.<br><br>*Fourth infringement theory: External Sensors*:<br><br>The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www.defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/<br><br>Studies reveal smartwatch biometrics can detect COVID-19: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive" https://www.biometricupdate.com/ 202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface<br><br>Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/homeland-security -smartwatch-detect-nuclear-bombs/ |

| | | |
|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | A third-party does not download an app to modify the Google smartphone. The third-party downloads the Google operating system source code to build an app that is compatible with the Google smartphone 'operations' requirements. The Android Open-Source Project (AOSP) is the foundation of Android development, allowing developers to customize, and build their own versions of Android for different devices. AOSP is the official open-source version of Android, maintained by Google. It provides all the necessary components, including: 1-Android framework and system UI; 2- Core libraries and runtime; 3-Hardware Abstraction Layer (HAL); 4- Linux kernel; and, 5- System applications. Before you start working with AOSP, ensure your development system meets these requirements: ✓ Operating System ✓ Processor ✓ RAM ✓ Storage ✓ Internet Speed for downloading source code. Now that your environment is ready, download the AOSP source code. The AOSP source code is large (over 100GB. This command downloads all source code and dependencies. Once the source code is downloaded, it is compiled into a working Android build. Now you have a working AOSP build, start customizing it; add new apps to create a customized Android experience. *** *Firstinfringement theory: Downloading an App* *** **Question:** Is downloading a mobile app a process, method, procedure, or modification? **Answer:** Downloading a mobile app is primarily a process. *** Definition of Process <ul><li>A series of actions or steps taken to achieve a particular end.</li><li>In this case, it involves steps like searching for the app, selecting it, and initiating the download.</li></ul> Related Concepts <ul><li>Method: Refers to a systematic way of doing something, which can apply to how the download is executed (e.g., using an app store).</li><li>Procedure: A set of established/official ways of doing something, which describe the specific steps involved in downloading an app.</li><li>Modification: This term refers to changes made to something, which does not directly apply to the act of downloading an app.</li></ul> While downloading an app can involve methods and procedures, it is best categorized as a process. |

| | | |
|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | Google's Tensor CPU processes instructions to receive and transmit signals between the Google smartphone and at least that of the "cell phone detection device" [Google Pixel smartwatch]. Patent specifications: "a central processing unit (cpu), such as cpu 40, or a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween."<br><br>The Google Tensor CPU chip is built using Samsung Foundry's 5nm nodes. The Google Pixel smartphone uses the Shannon 5511 sub-6GHz FR1 transceiver package and the Shannon 5710 FR2 mmWave transceiver. The Google Tensor CPU shares some blocks with the Samsung Exynos chipset. It's worth noting that Samsung has also developed the antenna and the 5G modem for the Google Pixel smartphone lineup.<br><br>The Google smartphone and the Google smartwatch are capable of opening locks: When the Nest × Yale Lock is connected to the Nest app, you can unlock your door from the Google smartphone. The Google Pixel Watch 2 or any Google Wear OS watch with the new Google Home app can unlock the Nest Yale lock. |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | The Google Tensor CPU chip is built using Samsung Foundry's 5nm nodes. The Google Pixel smartphone uses the Shannon 5511 sub-6GHz FR1 transceiver package and the Shannon 5710 FR2 mmWave transceiver. The Google Tensor CPU shares some blocks with the Samsung Exynos chipset. It's worth noting that Samsung has also developed the antenna and the 5G modem for the Google Pixel smartphone lineup.<br><br>Google's Tensor CPU processes instructions to receive and transmit signals between the Google smartphone and at least that of the "cell phone detection device" [Google Pixel smartwatch].<br><br>The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick https://www.defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/<br><br>Homeland Security's Smartwatch Will Detect Nuclear Bombs https://www.popular-mechanics.com/military/research/a18161/homeland-security-smartwatch-detect-nuclear-bombs/ |

| | | |
|---|---|---|
| | | When the CBRNE-H sensor(s) [camera sensors] are native to the manufacture of the Google smartphone, and located inside the Google smartphone, such that it is capable of scanning QR codes to receive data of a CBRNE-H threat in real-time, the phone falls within the parameters of both the cell phone detection device and the handheld scanner. Updated resources regarding Chemical, Biological, Radiological and Nuclear threats and plans for management & mitigation, available by QR Code. https://firstwatch.net/wp-content/uploads/2022/10/ Chemical-Biological-Radiological-Nuclear-Resources-for-First-Responders.pdf |
| *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | Using ordinary Google smartphone cameras as gamma ray detectors to spot radiation. Electronic cameras in cellphones are able to detect gamma rays [radiation] in the same way as they detect visible light photons. These cameras detect light when incoming photons hit electrons inside a pixel, creating a charge that an electronic circuit can then detect. The pattern of charge across the pixel array corresponds to the image. Gamma rays are high energy photons that ionize electrons. So, they are detectable by the sensors in smartphone cameras. [no modifications made] |
| | | *Third infringement theory: Camera Sensor* |
| | | Golden's patent specifications and the specs (limitations—elements) of the Google smartphone, and Golden's patented new, improved upon, and useful cell phone (CMDC device) supports the devices as handheld scanners for scanning barcodes i.e., QR codes, NFC codes, etc. and for receiving data relating to at least that of CBRN detection. Patent specifications: "… a stand-alone scanner [] can be wirelessly interconnected to offsite monitoring equipment." "…functioning as a stand-alone scanner for detecting an agent or compound." |
| | | Every Google smartphone comes installed with Global Positioning System (GPS) technology, which works with the other sensors. Tracking, direction, and location are all made possible in the Google smartphone because of the GPS technology. GPS units inside the Google smartphone work by sending signals up to free-use government satellites orbiting the Earth, which then transmit the signal back to the Google smartphone device. Then, the GPS receivers in the Google smartphone calculate how long it took the signals to return from the satellites, triangulating the user's position on the planet. |

27

## THE GOOGLE "BEACON" [FIFTH INFRINGEMENT THEORY] WI-FI CONNECTION IS PART OF GOOGLE'S INTERNET OF THINGS (IOT) SOLUTIONS

### What is Google's Internet of Things—Examples?

Internet of Things (IoT) is a system of interrelated computing devices, that are provided with unique identifiers (UIDs) and the ability to transfer data over a network *without requiring human-to-human or human-to-computer interaction.* IoT is a network of physical objects, such as "CBRN detection devices, vehicles, buildings, and other items embedded with electronics, software, sensors, and network connectivity" that enables objects to collect and exchange data. Google smart phone sensors (GPS, WiFi, Bluetooth), enables the beacon signals to calculate distance between detector and source.

The Google smartphone of today can hop on the net via cellular or WiFi signals and talk to other devices (CBRNE devices) through Bluetooth and other local communication methods. Billions of connected devices are part of the Internet of Things. They use built-in hardware and software to send and receive data via various communication protocols. The CBRNE devices use the Google smartphones as their gateway to the Internet.

As huge as that number is, it seems less implausible when you realize that you can embed or attach sensors and tiny computing equipment to just about anything. Many have a Google smartphone, a device used as an access point for many connected CBRN devices; that's also an IoT device in its own right. The Google smartphone device can work in conjunction with tagging technology including RFID tags, QR codes, barcodes and the like to obtain data about items.

The smart gadgets that many of us see and interact with daily are our Internet-connected smartphones, which have sensors including accelerometers, gyroscopes, GPS and heart-rate monitors; but those are just the tip of the iceberg.

In the personal-item sphere, we have wearable devices like fitness trackers and heart monitors that use Google phones to send and receive data. Smartwatches, like Google Pixel Watch 3, perform those tasks and many more in conjunction with the phones. Connected garage doors and digital door locks can let individuals into their home with data from their phone.

Google smart devices could enable monitoring for hazardous road conditions, pollution levels, and water and energy consumption. Roads will (and in some cases do) have sensors to detect potential headaches like traffic and road conditions. Smart cars or smartphones in the vicinity can be alerted to traffic delays.

Google integrates its smartphone technology with the internet of things through various platforms and devices (i.e., smartphone, etc.) to enhance connectivity and user experience. A key platform is the Google android open-source operating system platform.

Google's Internet of Things (IoT) solutions make it easy to build connected devices. "[w]e can help you create secure, innovative connected products through integration with Google services and technologies." The Google Cloud IoT Platform. Enabling the Next Generation of Connected Devices and Applications:

- Google provides a comprehensive, integrated platform that makes it easier to build and deploy IoT applications at scale. Whether you are connecting a few devices or millions, Google Cloud IoT provides the tools and infrastructure needed to collect, process, analyze and visualize IoT data in real-time to drive business outcomes.

- Google's platform is designed to abstract away complexity and allow developers to focus on building innovative applications and deriving insights from IoT data.

- Google Cloud IoT is being used across a wide range of industries to power innovative use cases. Some common areas where the platform is driving value include: 1- Asset tracking and monitoring; 2- Smart cities and utilities; 3- Connected vehicles/fleets; 4-Smart home/building.

**CBRNE detection with the Google "*Beacon*" is a Wi-Fi "process". *Not*, a modification.**



## CONCLUSION

Golden has begged the lower court, and pleaded with the Circuit to honor and respect Golden's guaranteed right to a trial by jury [U.S. CONST. 7th Amend.]. Patent infringement claims are issues-of-facts, to be tried by a jury [U.S. CONST. 7th Amend.].

A jury needs to decide in this case the difference between a "process" and a "modification". A jury also needs to hear the alleged infringement allegations against the Google Tensor CPU Series 1 thru 4, and the Google Pixel Watch Series 1 thru 3.

If the Circuit decides not to vacate and remand this case back to the District Court for a jury trial; Golden is asking the Circuit to rule in favor of Golden on at least the alleged infringement allegations against the Google Tensor Series 1 thru 4, and the Google Pixel Watch Series 1 thru 3. Because the alleged infringement claims were never defended nor adjudicated for direct infringement, Golden's alleged indirect infringement [induced; contributory] claims against Google are persuasive.

Google's failure to defend has prejudice this case. Golden paid the lower court and the Circuit for fairness and a chance to present his case, that include witnesses, to a jury of his peers. Golden was denied the opportunity to use legal tools like depositions and document requests to gather detailed evidence to support his claims.

Notice pleading requires Golden to provide a "short and plain statement of the claim" that shows he is entitled to relief. This standard, outlined in Rule 8 of the Federal Rules of Civil Procedure, is used in all federal courts. The primary goal is not to prove the case in the complaint, but to give the defendant [Google] fair notice of the allegations, allowing the case to proceed to discovery.

Respectfully submitted by:

Larry Golden, Appellant
740 Woodruff Rd., #1102
Greenville, SC 29607
(M) 864-992-7104
Email: atpg-tech@charter.net

PME
GREENVILLE, SC 29616
JUL 18, 2025

20439

**$31.40**

RDC07

S2324K504179-13

# PRIORITY MAIL EXPRESS®



**PRIORITY MAIL EXPRESS®**

EI 935 866 529 US

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 121/2 x 91/2

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

### CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE 864 123-56.05

Larry Golden
740 Woodruff Rd,
#1102
Greenville, SC 29607

### DELIVERY OPTIONS (Customer Use Only)

X SIGNATURE REQUIRED

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE 202.275-8.000

U.S. Court of Appeals for the Federal Circuit
Case No: 24-2024
717 Madison Place, N.W.
Washington, DC
ZIP+4 (U.S. ADDRESSES ONLY)

2 0 4 3 9 - _ _ _ _

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

↪ **PEEL FROM THIS CORNER**

### PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 29615
Scheduled Delivery Date (MM/DD/YY): 7.2.25
☐ 6:00 PM

Date Accepted (MM/DD/YY): 7-18-25
Scheduled Delivery Time: ☐ 6:00 PM

Time Accepted: 10:55 ☐ AM ☒ PM

Special Handling/Fragile
Sunday/Holiday Premium Fee
Total Postage & Fees: $31.40

Weight: 7.70 lbs  ☐ Flat Rate
Acceptance Employee Initials: 8m

### DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

LABEL 11B, NOVEMBER 2023   PSN 7690-02-000-9996

 
PAPER POUCH

 


**UNITED STATES POSTAL SERVICE®**

This package is made from post-consumer waste. Please recycle — again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.