# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

v.

**GOOGLE LLC,**

*Defendant-Appellee*

---

2024-2024

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-05246-RFL, Judge Rita F. Lin.

---

### MANDATE

---

In accordance with the judgment of this Court, entered June 25, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 9, 2025

Date

Jarrett B. Perlow

Clerk of Court